1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

CHARLETTE SNEED,

Plaintiff,

vs.

CHASE HOME FINANCE LLC, FIRST
FEDERAL BANK OF CALIFORNIA,
HOMEQ SERVICING, COUNTRYWIDE,
GMAC/SILVERSTATE,

Defendants.

CASE NO. 07CV0729-LAB (AJB)

**ORDER STRIKING PLAINTIFF'S
MOTION FOR SUMMARY
JUDGMENT**

After obtaining a hearing date for a motion for summary judgment, pursuant to Civil Local Rule 7.1(b), on June 21, 2007, Plaintiff submitted her motion for summary judgment ("Motion"), accompanied by a memorandum of points and authorities ("Memo") and an affidavit ("Affidavit").

The Memo is entirely printed in italics, with ample use of boldface and underlining. Its 14 pages are entirely single-spaced and appears to consist entirely of materials electronically cut and pasted into the document, since it contains numerous formatting irregularities. These violates Civil Local Rule 5.1(a)'s legibility requirements. Had Plaintiff complied with the rule regarding spacing, it is likely the Memo would be in violation of Civil Local Rule 7.1(h)'s page limitations. Plaintiff is hereby admonished that future violations of these requirements may result in her submitted documents being rejected for filing.

1    The Memo contains no explanation of why the Court should grant summary judgment

2  for the Plaintiff, or any awareness of what summary judgment is.  The Memo appears to

3  consist of sections of electronically-obtained writings that have been cut and pasted into the

4  document, with little or no editing, explanation, or argument by Plaintiff, or any other sign that

5  Plaintiff has understood the nature of what she is citing or why she is citing it.  The Court

6  admonishes Plaintiff that, pursuant to Fed. R. Civ. P. 11(b), she must, at a minimum, have

7  made an objectively reasonable inquiry into the validity of the arguments contained in all

8  documents she has submitted to the Court.

9    The Affidavit sheds no light on the basis on which summary judgment is sought, but

10  rather, in the form of interrogatories, challenges the legal status of Defendants as financial

11  institutions and the professional qualifications of Defendants' counsel, and asks various

12  questions of Defendants about burdens of proof.  The Affidavit also, incomprehensibly, asks

13  Defendants to seek the recusal of judges, juries, and attorneys.

14    The Motion consists of one page and provides no explanation of the basis on which

15  summary judgment is sought.

16    It is hereby **ORDERED** that the Clerk shall file the Motion, Memo, and Affidavit, and

17  immediately thereafter strike them from the docket.  Because Plaintiff failed to file an

18  acceptable motion for summary judgment within three days of obtaining the hearing date,

19  as required under the Court's standing order, ¶ 4(a), the hearing date Plaintiff obtained for

20  her motion pursuant to Civil Local Rule 7.1(b) is hereby **VACATED**.

21    The Court notes that Plaintiff is alternately using the names "Charlotte" and

22  "Charlette." (*See, e.g.*, Affidavit at 1:20–21 "I, Charlotte Sneed" . . ."); 4:21–23 (signature

23  "Charlette Sneed" above signature block indicating her name is "Charlotte Sneed").  The

24  Court hereby **ORDERS** Plaintiff to use only her legally correct name in all pleadings

25  henceforth.

26    The Court also notes that, as in the complaint as well as the documents submitted in

27  support of the Motion, Plaintiff identifies herself as a foreign national, although she does not

28  state which nation she is a citizen of.  (Affidavit at 1:20–21, 4:16–20, 4:22-23.)  Because

1  Plaintiff's status as an alien has some bearing on the Court's jurisdiction, Plaintiff is hereby

2  **ORDERED**, in future pleadings in which she identifies herself as a foreign national, to specify

3  which nation she is a citizen of.

4

5      **IT IS SO ORDERED**.

6  DATED:  June 26, 2007

7

8  **HONORABLE LARRY ALAN BURNS**
   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07CV0729