# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLETTE SNEED,<br><br>                      Plaintiff,<br>  vs.<br><br>CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE, GMAC/SILVERSTATE,<br><br>                      Defendants. | CASE NO. 07CV0729-LAB (AJB)<br><br>**ORDER TO SHOW CAUSE RE: SERVICE** |

On April 20, 2007, Plaintiff filed her complaint against all Defendants. On May 11, summonses were issued as to all Defendants. No proofs of service were ever filed; however, Defendants First Federal Bank of California, Countrywide Home Loans, Inc., and Chase Home Finance, LLC have appeared.

Pursuant to Fed. R. Civ. P. 4(l), proof of service must be provided to the Court. Pursuant to Fed. R. Civ. P. 4(m), service of the summons and complaint must be made no later than 120 days after the filing of the complaint. This time period has already passed. Therefore, Plaintiff is ordered to file proofs of service on the remaining Defendants (HomEq Servicing and GMAC/Silverstate) no later than 14 calendar days from the date this order is entered. If Plaintiff wishes to show good cause for failure to serve within the time limit, she is directed to do so in a memorandum of points and authorities, no longer than three pages

in length, not counting any appended or lodged material. This memorandum of points and authorities must be filed within the time permitted for filing proofs of service. Should Plaintiff fail to file proofs of service or show good cause for failure to serve, the remaining Plaintiffs will be dismissed pursuant to Fed. R. Civ. P. 4(m).

Plaintiff is reminded that she is still required to obey the Court's previous orders and admonitions regarding what she must, or must not include in documents filed with the Court. *See* Order Striking Plaintiff's Motion for Summary Judgment, and Order Granting Defendant First Federal Bank of California's Motion to Dismiss, both entered June 27, 2007.

**IT IS SO ORDERED**.

DATED: August 21, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge